IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

FREDERICK BANKS                                                                   PLAINTIFF

VERSUS                                                CIVIL ACTION NO. 5:10-cv-46-KS-RHW

KATINA BURCH, et al.                                            DEFENDANTS

## FINAL JUDGMENT

This cause is before the court, *sua sponte*, for consideration of dismissal. Pursuant to the Order Denying *In Forma Pauperis* Status and Dismissing Case issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 31st day of March , 2010.

                                                                *s/Keith Starrett*
                                                                UNITED STATES DISTRICT JUDGE